R. Isaak Hurst, Esq. (AK Bar # 1610087)
International Maritime Group, PLLC
800 Fifth Avenue; Suite 4100 | Seattle, WA 98104
(Office) 206.992.0710 | (Fax) 206.707.8338
Hurst@Maritime.law

*Attorney for Plaintiff – Vitus Energy, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| VITUS ENERGY, LLC, an Alaska Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> PETER DIRK NANSEN, <br><br> Defendant. | IN ADMIRALTY <br><br> Case No.: 3:19-cv-00005-SLG <br><br> COMPLAINT TO REMOVE MARITIME LIEN UNDER 46 U.S.C. § 31343 |

COMES NOW the Plaintiff, Vitus Energy LLC, ("Vitus") by and through its attorney below, avers against Defendant Peter Dirk Nansen ("Nansen") as follows:

## SUMMARY

1. Vitus seeks a declaration under 46 U.S.C. § 31343 that one of its vessels, the JACKIE M, is not subject to a 27-year-old maritime lien filed by the Defendant.

## JURISDICTION

2. This is a matter within the admiralty and maritime jurisdiction of this Court pursuant to the provisions of 28 U.S.C. § 1333, 28 U.S.C. § 1331, and 46 U.S.C. § 31343. This is an admiralty and maritime claim within the meanings of Fed. R. of Civ. P. 9(h)

3. Jurisdiction and Venue are proper in this Court by virtue of 46 U.S.C. § 31343(c)(2), which

Complaint to Remove Maritime Lien
*Vitus Energy, LLC, v. P. Dirk Nansen*
Case No:
Page 1 of 5

International Maritime Group | PLLC
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
(Office) 206.992.0710 | (Fax) 206.707.8338

Case 3:19-cv-00005-SLG   Document 1   Filed 01/09/19   Page 1 of 5

states that:

> The district courts the United States shall have jurisdiction over a civil action in Admiralty to declare that a vessel is not subject to a lien claimed under subsection (b) of this section, or that the vessel is not subject to the notice of claim of lien, or both, regardless of the amount in controversy or the citizenship of the parties. <u>Venue in such an action shall be in the district where the vessel is found or where the claimant resides or where the notice of claim of lien is recorded.</u> The court may award costs and attorneys fees to the prevailing party, unless the court finds that the position of the other party was substantially justified or other circumstances make an award of costs and attorneys fees unjust. The Secretary shall record any such declaratory order. (*Emphasis Added*).

46 U.S.C. § 31343(c)(2).

## PARTIES

4. Vitus is an Alaska Limited Liability Company headquartered in Anchorage, Alaska.

5. Vitus is the current owner of the fishing vessel JACKIE M, (Official No. 648706) ("Vessel") and has owned the Vessel since its purchased from Crowley Marine on May 13, 2009. *See* Exhibit 1 – JACKIE M Abstract of Title.

6. The Vessel is currently located in Dillingham, Alaska, which is within the district and jurisdiction of this Court.

7. Upon information and belief, Nansen is a resident of the State of Washington.

8. Nansen is the holder of the lien on the JACKIE M.

## FACTS

9. On June 5, 1991, Nansen filed a Notice of Claim of Lien (the "Lien") with the National Vessel Documentation Center ("NVDC"). The nature of the Lien was for a "Wrongful Conversation of SeaBreeze RSW Units."[1] *See* Exhibit 2 – NVDC Notice of Claim of Lien.

10. The Lien was for $18,000.

---

[1] RSW is an abbreviation for "Refrigerated Seawater Systems."

COMPLAINT TO REMOVE MARITIME LIEN
*Vitus Energy, LLC, v. P. Dirk Nansen*
Case No:
Page 2 of 5

INTERNATIONAL MARITIME GROUP | PLLC
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
(Office) 206.992.0710 | (Fax) 206.707.8338

Case 3:19-cv-00005-SLG   Document 1   Filed 01/09/19   Page 2 of 5

11. As of the date of filing of this Complaint, it has been 27 years, 7 months, and 4 days since Nansen filed this Lien with the NVDC.

12. Since Nansen filed the Lien with the NVDC, the JACKIE M has changed ownership 5 times.

13. Nansen's maritime lien is a stain on the JACKIE M's title and impairs Vitus' use and marketability of the Vessel.

14. Vitus has made attempts to contact Nansen at the address listed on the Notice of Claim of Lien. On December 8, 2018, Vitus mailed a letter to Nansen notifying him of this matter and requested that Nansen release his now invalid lien. *See* Exhibit 3 – Letter to Nansen. The letter was sent to the address in the Notice of Claim of Lien (P.O. Box O, Omak, Washington, 98841). There was no response from Nansen. *See* Exhibit 4 – Notice of Invalid Address. Simply put, the address listed on the Notice of Claim of Lien filed by Peter Dirk Nansen is no longer valid.

15. Vitus has also made attempts to contact Nansen at the address listed for Nansen by the Washington State Bar, which is: 3245 Agate Heights Rd, Bellingham, WA 98226. *See* Exhibit 5 – Nansen WSBA Profile, Exhibit 6 – CaseMail Delivery Confirmation.

16. It has been over 27 years since Nansen filed this lien, and pursuant to 46 U.S.C. § 31343(e), "a notice of claim of lien recorded under subsection (b) of this section shall expire three years after the date the lien was established…." With that, Nansen's Lien on the JACKIE M has expired and is no longer enforceable.

## CAUSE OF ACTION - NO MARITIME LIEN

17. On June 5, 1991, Nansen filed a Lien with the NVDC. The Lien was for $18,000.

18. It has been over 27 years since Nansen filed his Lien with the NVDC.

19. The Lien is a stain on the JACKIE M's title and impairs Vitus' use and marketability of the Vessel.

COMPLAINT TO REMOVE MARITIME LIEN
*Vitus Energy, LLC, v. P. Dirk Nansen*
Case No:    Page 3 of 5

INTERNATIONAL MARITIME GROUP | PLLC
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
(Office) 206.992.0710 | (Fax) 206.707.8338

Case 3:19-cv-00005-SLG   Document 1   Filed 01/09/19   Page 3 of 5

# PRAYER FOR RELIEF

WHEREFORE Plaintiff Vitus Energy, LLC, prays for judgment as follows:

Pursuant to the authority granted by 46 U.S.C. § 31343(c)(2), declare the JACKIE M is not subject to any maritime lien or Notice of Claim of Maritime Lien in favor of Nansen.

DATED this 8th day of January, 2019 at Seattle, Washington.

Respectfully submitted,

By: *R. Isaak Hurst*
_____

R. ISAAK HURST, ESQ. (AK BAR # 1610087)
INTERNATIONAL MARITIME GROUP, PLLC
800 FIFTH AVENUE; SUITE 4100 | SEATTLE, WA 98104
(OFFICE) 206.992.0710 | (FAX) 206.707.8338
HURST@MARITIME.LAW

*ATTORNEY FOR PLAINTIFF – VITUS ENERGY, LLC*

COMPLAINT TO REMOVE MARITIME LIEN
*Vitus Energy, LLC, v. P. Dirk Nansen*
Case No:    Page 4 of 5

INTERNATIONAL MARITIME GROUP | PLLC
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
(Office) 206.992.0710 | (Fax) 206.707.8338

Case 3:19-cv-00005-SLG   Document 1   Filed 01/09/19   Page 4 of 5

# CERTIFICATE OF SERVICE

I certify that on December 21, 2018, I electronically filed a copy of the foregoing Complaint to Remove Maritime Lien with the Court's CM/ECF system. The undersigned also certifies the foregoing document was sent Certified First Class, Return Receipt Requested to the following addresses:

Peter Dirk Nansen,
245 Agate Heights Road
Bellingham, WA 98226

By: *R. Isaak Hurst*

R. ISAAK HURST, ESQ.
INTERNATIONAL MARITIME GROUP, PLLC
800 FIFTH AVENUE; SUITE 4100 | SEATTLE, WA 98104
(OFFICE) 206.992.0710 | (FAX) 206.707.8338
[Hurst@Maritime.law](mailto:Hurst@Maritime.law)

*ATTORNEY FOR PLAINTIFF – VITUS ENERGY, LLC*

COMPLAINT TO REMOVE MARITIME LIEN
*Vitus Energy, LLC, v. P. Dirk Nansen*
Case No:
Page 5 of 5

INTERNATIONAL MARITIME GROUP | PLLC
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
(Office) 206.992.0710 | (Fax) 206.707.8338

Case 3:19-cv-00005-SLG   Document 1   Filed 01/09/19   Page 5 of 5